■ In the Matter of THEODORE H. FRIEDMAN (Admitted as THEODORE HERZL FRIEDMAN), a Disbarred Attorney. [765 NYS2d 770] —Motion for reargument or alternative relief denied. No opinion. Concur—Buckley, P.J., Andrias, Sullivan, Williams and Lerner, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JOYCE ANNE POLISENO, Admitted August 22, 1989, at a Term of the Appellate Division, First Department. [765 NYS2d 770] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 257 AD2d 127.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. LESLIE FRANCES SPASSER, Admitted May 6, 1991, at a Term of the Appellate Division, First Department. [765 NYS2d 770] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 257 AD2d 127.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. NANCY KEARNS NADLER, Admitted June 1, 1981, at a Term of the Appellate Division, First Department. [765 NYS2d 771] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 247 AD2d 158.]